UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEREK POTOCKI, | : |
| Petitioner | : |
| | : CIVIL ACTION NO. 3:14-0906 |
| v. | : |
| | : (Judge Mannion) |
| WARDEN THOMAS, | : |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the District of Massachusetts.

2. The Clerk of Court shall **CLOSE** this case.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: May 28, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0906-01-ORDER.wpd